PEOPLE, *ex rel.* ATTORNEY GENERAL, *v.* HILDEBRANDT.

This case is controlled by *People, ex rel. Attorney General,* v. *Holschuh, ante,* 272.

Appeal from Wayne; Merriam (De Witt H.), J. Submitted April 13, 1926.     (Docket No. 75.)     Decided June 7, 1926.

Bill by the people of the State of Michigan, on the relation of Andrew B. Dougherty, attorney general, against Joseph Hildebrandt and others to abate a nuisance under Act No. 389, Pub. Acts 1925.     From the decree rendered, plaintiff appeals.     Modified and affirmed.

*Andrew B. Dougherty,* Attorney General, and *Harry N. Deyo,* Assistant Attorney General, for plaintiff.

*McClear & Toy* (*Percy W. Grose, Howard H. Colby,* and *Bernard P. Costello,* of counsel), for defendants.

PER CURIAM.     The facts being similar, opinion and decree will follow *People* v. *Holschuh, ante,* 272.